```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**ROSELLEN E. COGGIN,**          \*
    **Plaintiff,**          \*
                                      \*
**vs.**          \*
                                      \* **CIVIL ACTION NO. 16-00433-B**
**BALDWIN COUNTY COMMISSION,**          \*
                                      \*
    **Defendant.**          \*

## ORDER

This action is before the Court on Plaintiff's representation that this action has settled. Upon consideration, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**. Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated. Each party is to bear their own costs.

Ordered this **21st** day of **February, 2018.**

                                                  **/s/ SONJA F. BIVINS**
                                        **UNITED STATES MAGISTRATE JUDGE**